**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6257**

———————

WAYNE ANTHONY WILLIAMS,

                 Plaintiff - Appellant,

      v.

NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; GEORGE T. SOLOMON; PATSY CHAVIS,

                  Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever, III, Chief District Judge.  (5:13-ct-03142-D)

———————

Submitted:  May 22, 2014            Decided:  May 29, 2014

———————

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Wayne Anthony Williams-El, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Anthony Williams appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. N.C. Dep't of Pub. Safety, No. 5:13-ct-03142-D (E.D.N.C. Jan. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED